IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 20-cv-06134 |
| | ) |
| CM CHICAGO, LLC d/b/a Radisson Blu Aqua Hotel | ) Judge Franklin U. Valderrama |
| | ) |
| | ) Magistrate Judge Gabriel A. Fuentes |
| Defendant. | ) |

**STIPULATION TO VOLUNTARY DISMISSAL PURSUANT
TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, Howard Cohan and the Defendant Radisson Chicago Aqua Management, LLC (incorrectly named as CM Chicago, LLC) d/b/a Radisson Blu Aqua Hotel, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

| | |
|---|---|
| HOWARD COHAN | RADISSON CHICAGO AQUA MANAGEMENT, LLC (INCORRECTLY NAMED AS CM CHICAGO, LLC) D/B/A RADISSON BLU AQUA HOTEL |
| By: /s/ *Marshall J. Burt* | |
| Marshall J. Burt, Esq. | |
| The Burt Law Group, Ltd. | By: /s/ *Craig R. Thorstenson* |
| 77 W. Washington, Ste 1300 | Craig R. Thorstenson |
| Chicago, IL 60602 | Ford Harrison |
| 312-419-1999 | 180 North Stetson Avenue, Suite 1660| |
| Marshall@mjburtlaw.com | Chicago, IL 60601 |
| | 312-960-6116 |